MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MADISON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>　Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:18-cv-02692-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate by counsel to remand this case to the Commissioner for further administrative proceedings. Upon remand, the administrative law judge (ALJ) will conduct further proceedings as necessary, provide Plaintiff the opportunity for a new hearing, and issue a de novo decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted March 14, 2019.

DATED: March 14, 2019　　　　　　　　　*/s/ Jesse Kaplan*
　　　　　　　　　　　　　　　　　　　　JESSE KAPLAN

| | | |
|---|---|---|
| | | (as authorized by email)<br>Attorney for Plaintiff |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| DATED: March 14, 2019 | By | *s/ Daniel P. Talbert*<br>DANIEL P. TALBERT<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

DATED: March 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE